CITY OF DETROIT PUBLIC WORKS DEPARTMENT
*v.* LOCAL 77, AFSCME

1. INJUNCTION—TEMPORARY ORDER—DISCRETION.
   Grant or denial of a temporary injunction by a trial court is discretionary.

2. INJUNCTION—TEMPORARY ORDER—APPEAL AND ERROR—STANDARD OF REVIEW.
   Appellate relief from the grant or denial of a temporary injunction requires a showing of probable abuse of discretion by the trial court.

Appeal from Wayne, Horace W. Gilmore, J.  Submitted Division 1 May 27, 1971, at Lansing.  (Docket No. 11759.)  Decided May 27, 1971.

Complaint by Detroit Department of Public Works against Council No. 77, American Federation of State, Municipal, and County Employees, AFL-CIO, and others for an order directing city sanitation workers to work overtime.  Order denied.  Plaintiff appeals.  Court of Appeals issued temporary order.  Trial court affirmed and temporary order dissolved.

*Michael M. Glusac*, Corporation Counsel, and *Nick Sacorafas, Peter D. Jason,* and *Ronald Zajac,* Assistants Corporation Counsel, for plaintiff.

---

REFERENCE FOR POINTS IN HEADNOTES
[1, 2]  42 Am Jur 2d, Injunctions § 15.

*Zwerdling, Miller, Klimist & Maurer* (by *William L. Martens*), for defendants.

Before: FITZGERALD, P. J., and T. M. BURNS and DANHOF, JJ.

PER CURIAM. Plaintiff appeals the lower court refusal to issue an order directing defendant employees to work overtime. This Court issued a temporary restraining order directing defendants, sanitation workers in the employ of the City of Detroit, from engaging in any work stoppage or refusing to work overtime hours as ordered by the city, pending a full hearing by this Court and an opportunity for review of the record of the lower court. Our order was based in part on the fact that a substantial and dangerous health, safety, and fire hazard existed in the City of Detroit because of the uncollected refuse.

The grant or denial of a temporary injunction by a trial court is discretionary. *Hiers* v. *Detroit Superintendent of Schools* (1965), 376 Mich 225. Appellate relief from the grant or denial of a temporary injunction requires a showing of probable abuse of discretion by the trial court. After a review of the record, oral argument, and due deliberation, we hold that no such showing is demonstrated here.

Temporary injunction dissolved and appeal dismissed. No costs, a public question.